IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RASUL UMAROV,

          Petitioner,

v.                                          CIVIL ACTION NO. 2:26-cv-00081

CHRISTOPHER MASON, *Superintendent*
*of South Central Regional Jail*, et al.

          Respondent.

**ORDER**

The Court has reviewed the Petitioner's *Verified Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus By a Person in Federal Custody* (Document 1) and the *Motion for Immediate Order to Show Cause and Immediate Order Preventing Removal or Transfer of Petitioner Pending Disposition of Petition* (Document 5), filed on February 3, 2026. Therein, the Petitioner-Plaintiff indicates that he is a citizen of Russia who was paroled into the United States on October 23, 2022, in order to pursue a claim for asylum in the United States. He indicates that his asylum claim is pending, he received authorization to work in the United States and maintained employment, he has no criminal record, and he had an Immigration Court hearing scheduled for April 4, 2028. He was detained by Immigration and Customs Enforcement Officers on January 14, 2026, and has been detained at the South Central Regional Jail since that date. He asserts that his detention is unlawful and in violation of the Due Process Clause of the Fifth Amendment of the United States Constitution.

Finding that the Petitioner's claims warrant prompt review, the Court **ORDERS** that:

1. The Respondents **SHALL NOT** remove or facilitate the removal of the Petitioner from the Southern District of West Virginia pending further order of the Court. To the extent the Petitioner has already been removed from this jurisdiction, the Respondents shall not transport the Petitioner to a geographically further location or remove the Petitioner from the United States pending further order of the Court.

2. The Petitioner **SHALL** serve this Order on the United States Attorney for the Southern District of West Virginia by **5:00 p.m., on February 3, 2026**, which shall constitute good and sufficient service on the federal defendants.

3. The Petitioner **SHALL** serve this Order on Christopher Mason, Superintendent, South Central Regional Jail, or an agent of Superintendent Mason at the South Central Regional Jail, by **5:00 p.m., on February 3, 2026**, which shall constitute good and sufficient service on Superintendent Mason.

4. The Respondents **SHALL** file a written response to **SHOW CAUSE**, if any, as to why the Petition should not be granted, no later than **noon, Thursday, February 5, 2026**.

5. The Petitioner **SHALL** file a proposed release plan, should the Petition be granted, no later than **noon, Thursday, February 5, 2026**.

6. The parties **SHALL** appear for a hearing at **9:30 a.m.,** on **Friday, February 6, 2026**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, to Matthew C. Lindsay, Chief of the Civil Division of the U.S. Attorney's Office for the Southern District of West Virginia, and to any unrepresented party.

ENTER: February 3, 2026

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA