IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RASUL UMAROV,

           Petitioner,

v.                           CIVIL ACTION NO. 2:26-cv-00081

CHRISTOPHER MASON, *Superintendent of South Central Regional Jail*, et al.

           Respondent.

**ORDER**

Upon review of the *Notice of Scheduling Conflict* (Document 15), the Court **ORDERS** that the show case hearing in this matter be **RESCHEDULED** to **2:00 p.m., on Friday, February 6, 2026**. The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

           ENTER:    February 4, 2026

           IRENE C. BERGER
           UNITED STATES DISTRICT JUDGE
           SOUTHERN DISTRICT OF WEST VIRGINIA