IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RASUL UMAROV,

          Petitioner,

v.                                                CIVIL ACTION NO. 2:26-cv-00081

CHRISTOPHER MASON, *Superintendent*
*of South Central Regional Jail*, et al.

          Respondent.

### ORDER

In view of the *Order* (Document 17) rescheduling the Show Cause Hearing from 9:30 a.m. to 2:00 p.m., on Friday, February 6, 2026, the Court **ORDERS** that the *Writ of Habeas Corpus ad Testificandum* (Document 12) requiring the Defendants to ensure Mr. Umarov's presence in court at 9:30 a.m. be **CANCELLED**. The *Writ of Habeas Corpus ad Testificandum* (Document 18), requiring his presence at 2:00 p.m., on February 6, 2026, remains in effect.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                ENTER:    February 5, 2026

                IRENE C. BERGER
                UNITED STATES DISTRICT JUDGE
                SOUTHERN DISTRICT OF WEST VIRGINIA