IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RASUL UMAROV,

          Petitioner,

v.                                      CIVIL ACTION NO.  2:26-cv-00081

CHRISTOPHER MASON, *Superintendent of South Central Regional Jail*, et al.

          Respondent.

**ORDER**

The Court has reviewed the Petitioner's *Verified Petition Under 28 U.S.C. 2241 for Writ of Habeas Corpus by a Person in Federal Custody* (Document 1), the Respondents' *Response to Order to Show Cause and Motion to Dismiss* (Document 21-1), and all exhibits and other submissions by the parties.  The Court held a show cause hearing on February 6, 2026, and in accordance with the ruling on the record, the Court **ORDERS** that the *Petition* be **GRANTED** and that the Petitioner be **RELEASED** from custody **immediately**.  The Court further **ORDERS** that any personal possessions belonging to Mr. Umarov, including identification and other documentation, be returned to him.  The Court **ORDERS** that the Respondents be **PROHIBITED** from re-arresting and detaining the Petitioner absent a significant change in circumstances to justify detention.  A memorandum opinion and order detailing the basis of the Court's ruling will follow shortly.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: February 6, 2026

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA